# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Johnson, Katherine
Debtor(s)

Case No. 24-32654
Chapter 13 Case

NOTICE OF HEARING AND MOTION TO CONFIRM MODIFIED CHAPTER 13 PLAN

To: Gregory Burrell, the U.S. Trustee, and other entities specified in Local Rule 1007-2(a):

1. The debtor(s) have filed a Postconfirmation modified plan and it will be considered at the confirmation hearing in this case set forth below.

2. The court will hold a hearing on this motion at 11:00 am on August 20, 2026 in Courtroom 8

West located at 300 South 4th Street, Minneapolis, MN, 55415 or remotely before the honorable Katherine A. Constantine.

3. Any objection to this plan must be filed and served on or before August 13, 2026. Unless a response opposing the motion is timely field, the court may grant the motion without a hearing.

4. This court has jurisdiction over this motion pursuant to 28 U.S.C §§ 157, 1334 and Bankruptcy Rule 5005 and Local Rule 1070-1. This proceeding is a core proceeding. This motion arises under 11 U.S.C. § 1329 and Bankruptcy Rule 3020. This motion is field under Bankruptcy Rule 9014 and Local Rules 9006-1 and 9013. Movant requests the confirmation of this modified plan.

5. The movant seeks to modify this plan as debtor's medical and pet expenses have increased and she has been having difficulties keeping up with the Plan payments and living expenses.

WHEREFORE, the Debtor(s) respectfully request(s) the Court to confirm the modified plan.

Dated: 07/15/2026.

/s/ Andrew C. Walker
Andrew C. Walker #392525
Walker and Walker Law Offices, PLLC
Attorney for debtor(s)
4356 Nicollet Ave
Minneapolis, MN 55409
(612) 824-4357

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

In re: Johnson, Katherine
Debtor(s)

Case No. 24-32654
Chapter 13 Case

MEMORANDUM OF FACTS AND LAW IN SUPPORT OF MOTION TO CONFIRM MODIFIED CHAPTER 13 PLAN

**FACTS**

The debtor(s) seek to modify the plan as debtor's medical and pet expenses have increased and she has been having difficulties keeping up with the Plan payments and living expenses.

**LAW**

11 U.S.C § 1329 allows a debtor to modify a Chapter 13 plan after confirmation provided the new plan meets the requirements set forth elsewhere in the Bankruptcy code. This modified plan meets these requirements. Local Rule 3015-2(b) requires a plan to be modified by motion.

The Debtor(s) have served the motion on each entity listed on the matrix as required by the motion and has proposed a plan which meets the other requirements of the code. The Debtor(s) are entitled to confirmation of the modified plan.

**CONCLUSION**

The modified plan should be confirmed.

/s/ Andrew C. Walker
Andrew C. Walker #392525
Walker and Walker Law Offices, PLLC
Attorney for debtor(s)
4356 Nicollet Ave
Minneapolis, MN 55409
(612) 824-4357

Local Form 1009-1 (05/18)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**In re:** Johnson, Katherine Lauri **Case No.:** 24-32654

Debtor(s).

### SUMMARY OF AMENDMENTS TO VOLUNTARY PETITION, LISTS, SCHEDULES AND STATEMENTS

1. Attached to this form are the following amended documents:
   - ☐ Petition
   - ☐ Schedule A/B
   - ☐ Schedule C
   - ☐ Schedule D
   - ☐ Schedule E/F
   - ☐ Schedule G
   - ☐ Schedule H
   - ☑ Schedule I
   - ☑ Schedule J
   - ☐ Schedule J-2
   - ☑ Summary of assets and liabilities and certain statistical information (note that this Summary MUST BE submitted with any amended schedule)
   - ☐ Statement of financial affairs
   - ☐ Statement of intention
   - ☐ Statement of current monthly income/means test calculation
   - ☐ Other (specify):
2. For each amended document attached, clearly identify all changes (additions and deletions) to the amended document when compared with the original or most recent amendment:

   Schedules have been amended to reflect the debtor's current budget.

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Katherine | Lauri | Johnson |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of Minnesota | | |
| Case number (if known) | 24-32654 | | |

☑ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $26,334.26 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $26,334.26 |

### Part 2: Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* | $5,996.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $32,043.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $180,731.00 |
| **Your total liabilities** | $218,770.00 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* | $5,868.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* | $5,443.00 |

Debtor 1 **Katherine** **Lauri** **Johnson** Case number *(if known)* **24-32654**
First Name Middle Name Last Name

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   - ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   - ☑ Yes

7. **What kind of debt do you have?**
   - ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   - ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. **$7,429.03**

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| **From Part 4 on Schedule E/F, copy the following:** | | **Total claim** |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | | **$24,305.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | | **$0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + | **$0.00** |
| 9g. **Total**. Add lines 9a through 9f. | | **$24,305.00** |

Fill in this information to identify your case:

Debtor 1: Katherine (First Name) Lauri (Middle Name) Johnson (Last Name)

Debtor 2 (Spouse, if filing): First Name Middle Name Last Name

United States Bankruptcy Court for the: District of Minnesota

Case number (if known): 24-32654

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Clinical Treatment Coordinator | N/A |
| **Employer's name** | Fairview Health Services | |
| **Employer's address** | 2450 Riverside Ave (Number Street)<br>Minneapolis, MN 55454 (City State ZIP Code) | Number Street<br>City State ZIP Code |
| **How long employed there?** | 3 years | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $9,505.00 | |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $0.00 | + |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $9,505.00 | |

Debtor 1 Katherine (First Name) Lauri (Middle Name) Johnson (Last Name) Case number (if known) 24-32654

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ........ → | 4. | $9,505.00 | |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $2,471.00 | |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $570.00 | |
| 5d. **Required repayments of retirement fund loans** | 5d. | $21.00 | |
| 5e. **Insurance** | 5e. | $166.00 | |
| 5f. **Domestic support obligations** | 5f. | $0.00 | |
| 5g. **Union dues** | 5g. | $57.00 | |
| 5h. **Other deductions.** Specify: See additional page | 5h. + | $352.00 | + |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $3,637.00 | |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $5,868.00 | |
| 8. **List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | |
| 8b. **Interest and dividends** | 8b. | $0.00 | |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | |
| 8d. **Unemployment compensation** | 8d. | $0.00 | |
| 8e. **Social Security** | 8e. | $0.00 | |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $0.00 | |
| 8g. **Pension or retirement income** | 8g. | $0.00 | |
| 8h. **Other monthly income.** Specify: | 8h. + | $0.00 | + |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $5,868.00 + | = $5,868.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: ______ 11. + $0.00

Debtor 1 **Katherine** **Lauri** **Johnson** Case number *(if known)* **24-32654**
First Name Middle Name Last Name

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies 12. **$5,868.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
- ☑ No.
- ☐ Yes. Explain:

| Debtor 1 | Katherine | Lauri | Johnson | Case number *(if known)* 24-32654 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | Amount |
|---|---|
| 5h. **Other Deductions For Debtor 1** | |
| **Parking** | **$61.00** |
| **Identity Theft** | **$8.00** |
| **FSA** | **$283.00** |

Fill in this information to identify your case:

Debtor 1: Katherine (First Name) Lauri (Middle Name) Johnson (Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Minnesota

Case number (if known): 24-32654

Check if this is:
- ☑ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date: ________ MM / DD / YYYY

# Official Form 106J

# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☑ No. Go to line 2.
   - ☐ Yes. **Does Debtor 2 live in a separate household?**
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   - ☑ No
   - ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☑ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $1,628.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $75.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

Debtor 1 Katherine Lauri Johnson — Case number (if known) 24-32654

First Name / Middle Name / Last Name

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $310.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $81.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $88.00 |
| | 6d. Other. Specify: Cellphone | 6d. | $230.00 |
| 7. | **Food and housekeeping supplies** | 7. | $600.00 |
| 8. | **Childcare and children's education costs** | 8. | $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $270.00 |
| 10. | **Personal care products and services** | 10. | $220.00 |
| 11. | **Medical and dental expenses** | 11. | $350.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $570.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $200.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $0.00 |
| | 15b. Health insurance | 15b. | $0.00 |
| | 15c. Vehicle insurance | 15c. | $150.00 |
| | 15d. Other insurance. Specify: | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| | 17c. Other. Specify: | 17c. | $0.00 |
| | 17d. Other. Specify: | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

Debtor 1 **Katherine** **Lauri** **Johnson** Case number *(if known)* **24-32654**
First Name Middle Name Last Name

21. **Other.** Specify: **Pet expenses (five cats and four birds)** 21. + **$671.00**

22. **Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | 22a. | **$5,443.00** |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | **$0.00** |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$5,443.00** |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 (your combined monthly income) from *Schedule I*. | 23a. | **$5,868.00** |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | – **$5,443.00** |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | **$425.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.

Debtor is adjusting her tax withholdings so she doesn't owe in the future, as well as her 401k contribution.

FAIRVIEW HEALTH SERVICES
2450 Riverside Ave South
Minneapolis, MN 55454 United States of America
612-672-7272

Number 14236271
Check Date 06/26/2026

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Katherine L. Johnson
623 Laurel Ave
Unit 3E
Saint Paul, MN 55104
US

**Net Pay** 1393.20

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Katherine L. Johnson | 1221 | 138223 | 10110 | 4822 | 06/21/2026 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 116.00 | 5333.15 | 54759.43 |
| Total Deductions | | 3938.16 | 41956.25 |
| Total Net | | 1393.20 | 12779.91 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Adder - Weekend Differential | | | | 32.00 |
| Critical Staffing Incentive | 16.00 | 45.96 | 735.36 | 4642.56 |
| Holiday Worked .5x | | | | 177.60 |
| Imputed - Basic Term Life | | 1.79 | 1.79 | 23.27 |
| Payout - PTO Sell | 20.00 | 45.96 | 919.20 | 1807.20 |
| Regular Straight Time | 80.00 | 45.96 | 3676.80 | 42593.40 |
| Time Off - ESST | | | | 248.64 |
| Time Off - Scheduled | | | | 2486.40 |
| Time Off - Unscheduled | | | | 2748.36 |
| Total | 116.00 | | 5333.15 | 54759.43 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal W/H | 711.53 | 6251.44 |
| MN Paid Family Leave -EE | 7.20 | 73.93 |
| MN Paid Medical Leave -EE | 16.27 | 167.02 |
| Medicare - EE | 73.91 | 750.63 |

| | | |
|---|---|---|
| Minnesota W/H | 275.60 | 2707.51 |
| Social Security/FICA - EE | 316.06 | 3209.61 |
| Total | 1400.57 | 13160.14 |

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403b - Prcnt EE | 319.88 | 3284.14 |
| Dental - EE P/T | 3.66 | 47.58 |
| Medical - EE P/T | 58.60 | 761.80 |
| Parking - Riverside Hrly Rate | 40.80 | 462.48 |
| Spending Acct - Med Full P/T | 130.76 | 1699.88 |
| Voluntary - Vision | 1.52 | 19.76 |
| Total | 555.22 | 6275.64 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dues - SEIU PEPOM MHAS | 57.74 | 321.06 |
| Early Wage Access | 1832.45 | 21100.49 |
| Optional ADD EE A/T | 4.12 | 53.56 |
| Pharmacy Purchases | 61.23 | 766.94 |
| Voluntary - Accident | 2.10 | 27.30 |
| Voluntary - Hospital Indemnity | 6.92 | 89.96 |
| Voluntary - Identity Theft | 3.67 | 47.71 |
| West Bank Cafeteria | 14.14 | 113.45 |
| Total | 1982.37 | 22520.47 |

Company Taxes

| Description | Current | Year to Date |
|---|---|---|
| MN Paid Family Leave - ER | 7.20 | 73.93 |
| MN Paid Medical Leave- ER | 16.27 | 167.02 |
| Medicare - ER | 73.91 | 750.63 |
| Social Security/FICA - ER | 316.06 | 3209.61 |
| Total | 413.44 | 4201.19 |

Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dental - ER | 20.70 | 269.10 |
| Disability - LTD ER | 11.01 | 143.13 |
| Disability - STD ER | 24.89 | 323.57 |
| Life - Basic ER | 1.16 | 15.08 |

| | | |
|---|---|---|
| Medical - ER | 365.17 | 4747.21 |
| Total | 422.93 | 5498.09 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0012 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx0050 | Old National Bank | 1393.20 |

FAIRVIEW HEALTH SERVICES
2450 Riverside Ave South
Minneapolis, MN 55454 United States of America
612-672-7272

Number 14205979
Check Date 06/12/2026

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Katherine L. Johnson
623 Laurel Ave
Unit 3E
Saint Paul, MN 55104
US

**Net Pay** 745.12

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Katherine L. Johnson | 1221 | 138223 | 10110 | 4822 | 06/07/2026 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 104.00 | 4441.79 | 49426.28 |
| Total Deductions | | 3694.88 | 38018.09 |
| Total Net | | 745.12 | 11386.71 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Adder - Weekend Differential | | | | 32.00 |
| Critical Staffing Incentive | 16.00 | 44.40 | 710.40 | 3907.20 |
| Holiday Worked .5x | 8.00 | 44.40 | 177.60 | 177.60 |
| Imputed - Basic Term Life | | 1.79 | 1.79 | 21.48 |
| Payout - PTO Sell | | | | 888.00 |
| Regular Straight Time | 80.00 | 44.40 | 3552.00 | 38916.60 |
| Time Off - ESST | | | | 248.64 |
| Time Off - Scheduled | | | | 2486.40 |
| Time Off - Unscheduled | | | | 2748.36 |
| Total | 104.00 | | 4441.79 | 49426.28 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal W/H | 527.20 | 5539.91 |
| MN Paid Family Leave -EE | 6.00 | 66.73 |
| MN Paid Medical Leave -EE | 13.55 | 150.75 |
| Medicare - EE | 61.00 | 676.72 |

| | | |
|---|---|---|
| Minnesota W/H | 223.19 | 2431.91 |
| Social Security/FICA - EE | 260.80 | 2893.55 |
| Total | 1091.74 | 11759.57 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403b - Prcnt EE | 266.40 | 2964.26 |
| Dental - EE P/T | 3.66 | 43.92 |
| Medical - EE P/T | 58.60 | 703.20 |
| Parking - Riverside Hrly Rate | 40.80 | 421.68 |
| Spending Acct - Med Full P/T | 130.76 | 1569.12 |
| Voluntary - Vision | 1.52 | 18.24 |
| Total | 501.74 | 5720.42 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dues - SEIU PEPOM MHAS | 55.43 | 263.32 |
| Early Wage Access | 1770.47 | 19268.04 |
| Optional ADD EE A/T | 4.12 | 49.44 |
| Pharmacy Purchases | 234.00 | 705.71 |
| Voluntary - Accident | 2.10 | 25.20 |
| Voluntary - Hospital Indemnity | 6.92 | 83.04 |
| Voluntary - Identity Theft | 3.67 | 44.04 |
| West Bank Cafeteria | 24.69 | 99.31 |
| Total | 2101.40 | 20538.10 |

## Company Taxes

| Description | Current | Year to Date |
|---|---|---|
| MN Paid Family Leave - ER | 6.00 | 66.73 |
| MN Paid Medical Leave- ER | 13.55 | 150.75 |
| Medicare - ER | 61.00 | 676.72 |
| Social Security/FICA - ER | 260.80 | 2893.55 |
| Total | 341.35 | 3787.75 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dental - ER | 20.70 | 248.40 |
| Disability - LTD ER | 11.01 | 132.12 |
| Disability - STD ER | 24.89 | 298.68 |
| Life - Basic ER | 1.16 | 13.92 |

| | | | |
|---|---|---|---|
| | Medical - ER | 365.17 | 4382.04 |
| | Total | 422.93 | 5075.16 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0012 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx0050 | Old National Bank | 745.12 |

LOCAL FORM 3015-1
REVISED 09/2025

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Johnson, Katherine Lauri

Case No. 24-32654
CHAPTER 13 PLAN ☑ Modified
Dated 07/15/2026

Debtor.
*In a joint case, "debtor" means "debtors" in this plan.*

**Part 1. NOTICE OF NONSTANDARD PLAN PROVISIONS, SECURED CLAIM LIMITATIONS, AND LIEN OR SECURITY INTEREST AVOIDANCE: The debtor must check the appropriate boxes below to indicate whether the plan does or does not include each of the following items:**

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim based on a valuation of the collateral for the claim, set out in Parts 6 or 14 | ❑ Included | ☑ Not Included |
| 1.2 | Avoidance of a security interest or lien, set out in Part 14 | ❑ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 15 | ☑ Included | ❑ Not Included |

**Part 2. DEBTOR'S PAYMENTS TO TRUSTEE: The initial plan payment is due not later than 30 days after the order for relief, unless the court orders otherwise.**

2.1 As of the date of this plan, the debtor has paid the trustee **$4,750.00** (including balance on hand of **$0.00** ).

2.2 After the date of this plan, the debtor will pay the trustee: **$17,168.00** .

| Plan payment | Start MM/YYYY | End MM/YYYY | # of payments | Total |
|---|---|---|---|---|
| $425.00 | 21 (07/2026) | 52 (02/2029) | 32 | $13,600.00 |
| $446.00 | 53 (03/2029) | 60 (10/2029) | 8 | $3,568.00 |
| | | | PART 2.2 SUBTOTAL: | **$17,168.00** |

2.3 The minimum plan length is ❑ 36 months or ☑ 60 months from the date of the initial plan payment unless all allowed unsecured claims are paid in a shorter time.

2.4 The debtor will also pay the trustee ______.

2.5 The debtor will pay the trustee a total of **$21,918.00** [lines 2.1 + 2.2 + 2.4].

2.6 If the debtor is required to file a tax return under applicable nonbankruptcy law, the debtor will file with appropriate tax authorities all returns and provide the trustee a copy of each filed return within 14 days of filing. The debtor will treat tax refunds as follows: **The debtor(s) shall be entitled to the first $1200 for an individual chapter 13 debtor and $2,000 for married chapter 13 debtors of each year's tax refunds. The balance shall be paid to the trustee as an additional plan payment. Any Earned Income Credit and Minnesota Working Family Credits shall be retained by the debtor(s). The debtors shall keep these credits in addition to the $1,200 or $2,000.**
.

LOCAL FORM 3015-1
REVISED 09/2025

**Part 3. PAYMENTS BY TRUSTEE AND TRUSTEE'S FEES:** Prior to confirmation of the plan, the trustee will pay from available funds payments designated as Adequate Protection ("Adq. Pro.") under Parts 6 and 7 to creditors with claims secured by personal property. All other funds will be disbursed by the trustee following confirmation of the plan as soon as is practicable. The trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee is not required to retain funds for any claim for which a proof of claim has not been timely filed and may disburse those funds to other claimants. The trustee may collect a fee of up to 10% of plan payments, or **$2,191.80** [line 2.5 x 0.10]. If relief from the automatic stay is ordered as to any item of collateral listed in the plan, then, unless otherwise ordered by the court, all payments by the trustee as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan.

**Part 4. EXECUTORY CONTRACTS AND UNEXPIRED LEASES (§ 365):** The debtor assumes the following executory contracts or unexpired leases. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. Cure provisions, if any, are set forth in Part 5.

| | Creditor | Description of property |
|---|---|---|
| 4.1 | 623 Lofts | Apartment Lease |

**Part 5. MAINTENANCE OF PAYMENTS AND CURE OF DEFAULT, IF ANY (§ 1322(b)(5)):** The debtor will maintain the current contractual installment payments on the claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be paid directly by the debtor unless otherwise specified below. The trustee will pay the arrearage amount listed in the proof of claim at the interest rate specified below, unless otherwise ordered by the court. The creditors will retain liens. All following entries are estimates, except for interest rate.

| | Creditor | Description of property | Arrears amount (if any) | Interest rate on arrears (if any) | Beginning in MM/YY | Monthly payment | # of payments | Remaining arrears payments | *+ amount paid to date by trustee (mod. plan only)* | Total trustee arrears payments |
|---|---|---|---|---|---|---|---|---|---|---|
| 5.1 | Toyota Motor Credit | 2017 Toyota Camry | | | | | | | | |
| | | | Current installment payment | | Disbursed by: | | Remaining trustee installment payments | | *+ amount paid to date by trustee (mod. plan only)* | Total trustee installment payments |
| | | | $346.00 | | ☑ Debtor<br>❑ Trustee | | $0.00 | | $0.00 | $0.00 |
| | | | | | | | | | TOTAL: | **$0.00** |

**Part 6. SECURED CLAIMS SUBJECT TO MODIFICATION ("CRAMDOWN") PURSUANT TO § 506 (§ 1325(a)(5)):** The trustee will pay the amount set forth in the "Total payments" column below on the following secured claims if a proof of claim is filed and allowed. Notwithstanding a creditor's proof of claim filed before or after confirmation, if the plan has been served upon each of the affected creditors identified below in the manner provided for by Fed. R. Bankr. P. 7004, the amount listed in the secured claim amount column binds the creditor pursuant to 11 U.S.C. § 1327 and confirmation of the plan is a determination of the creditor's allowed secured claim, unless otherwise ordered by the court. For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with Fed. R. Bankr. P. 3012(c) controls over any contrary amount. Unless otherwise specified in Part 15, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. § 1325(a)(5)(B)(i). Any allowed unsecured portion of the claim will be paid under Part 10, Part 11, or Part 12.

| | Creditor | Est. claim amount | Secured claim amount | Int. rate | Adq. Pro. (Check) | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **None** | | | | | | | | | | | |
| | | | | | | | | | | TOTAL: | **$0.00** |

LOCAL FORM 3015-1
REVISED 09/2025

**Part 7. SECURED CLAIMS EXCLUDED FROM § 506 AND NOT SUBJECT TO MODIFICATION (“CRAMDOWN”) (§ 1325(a)) (910 vehicles and other things of value):** The trustee will pay the amount of the allowed secured claim listed in the proof of claim, unless otherwise ordered by the court, at the interest rate set forth below. Any allowed unsecured portion of the claim will be paid under Part 10, Part 11, or Part 12. **All following entries are estimates, except for interest rate.** Unless otherwise specified in Part 15, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. § 1325(a)(5)(B)(i).

| | Creditor | Est. secured claim amount | Int. rate | Adq. Pro. (Check) | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|
| **None** | | | | | | | | | | |
| | | | | | | | | | TOTAL: | **$0.00** |

**Part 8. PRIORITY CLAIMS UNDER § 507(a)(2) THROUGH (a)(10):** The trustee will pay the amount of the allowed priority claim listed in the proof of claim, unless otherwise ordered by the court. **All following entries are estimates.**

| | Creditor | Claim amount | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|
| 8.1 | Internal Revenue Service | $9,487.00 | | Pro-Rata | | $9,487.00 | $0.00 | $9,487.00 |
| 8.2 | Minnesota Department of Revenue | $1,188.50 | | Pro-Rata | | $1,188.50 | $0.00 | $1,188.50 |
| 8.3 | Walker & Walker Law Offices, PLLC | $3,488.00 | 07/26 | $260.00 | 2 | $520.00 | $2,824.76 | $3,488.00 |
| | | | 09/26 | $143.24 | 1 | $143.24 | | |
| 8.4 | Walker & Walker Law Office | $750.00 | 07/26 | $100.00 | 1 | $100.00 | $559.28 | $750.00 |
| | | | 08/26 | $90.72 | 1 | $90.72 | | |
| 8.5 | Walker & Walker Law Office | $1,000.00 | | Pro-Rata | | $1,000.00 | $0.00 | $1,000.00 |
| 8.6 | Walker & Walker Law Office | $1,500.00 | | Pro-Rata | | $509.81 | $990.19 | $1,500.00 |
| 8.7 | Walker & Walker Law Offices | $1,000.00 | | Pro-Rata | | $1,000.00 | $0.00 | $1,000.00 |
| | | | | | | | TOTAL: | **$18,413.50** |

**Part 9. DOMESTIC SUPPORT OBLIGATION CLAIMS UNDER § 507(a)(1):** The trustee will pay the amount of the allowed priority claim listed in the proof of claim, unless otherwise ordered by the court. **All following entries are estimates.**

| | Creditor | Claim amount | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|
| **None** | | | | | | | | |
| | | | | | | | TOTAL: | **$0.00** |

**Part 10. SEPARATE CLASSES OF UNSECURED CLAIMS:** In addition to the classes of unsecured claims specified in Part 11 and Part 12, there shall be separate classes of nonpriority unsecured claims including the following. The trustee will pay the nonpriority amount. listed in the proof of claim, unless otherwise ordered by the court. **All following entries are estimates, except for interest rate.**

LOCAL FORM 3015-1
REVISED 09/2025

| | Creditor | Unsecured claim amount | Interest rate (if any) | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|
| **None** | | | | | | | | | |
| | | | | | | | | TOTAL: | **$0.00** |

**Part 11. TIMELY FILED UNSECURED CLAIMS:** The trustee will pay holders of allowed nonpriority unsecured claims for which proofs of claim were timely filed the remaining funds received by the trustee and not paid under Parts 3, 5, 6, 7, 8, 9, and 10 on a pro rata basis.
**All following entries are estimates.**

| | |
|---|---|
| Estimated nonpriority unsecured claims held by creditors listed in Parts 6, 7, and 14 | $0.00 |
| + Total estimated nonpriority and not separately classified unsecured claims (excludes Parts 6, 7, 10, and 14 unsecured claims) | $194,360.50 |
| = Total estimated nonpriority and not separately classified unsecured claims (excludes Part 10 claims) | $194,360.50 |
| Projected percentage payment to unsecured claims (excludes Part 10 claims) | 0.73% |

| | |
|---|---|
| Estimated remaining payments | $1,411.93 |
| *+ amount paid to date by trustee (mod. plan only)* | |
| = TOTAL estimated payments | $1,411.93 |

**Part 12. TARDILY-FILED UNSECURED CLAIMS:** All money paid by the debtor to the trustee under Part 2, but not distributed by the trustee under Parts 3, 5, 6, 7, 8, 9, 10, and 11, will be paid to holders of allowed nonpriority unsecured claims for which proofs of claim were tardily filed. Tardily-filed claims remain subject to objection pursuant to 11 U.S.C. § 502(b)(9).

**Part 13. SURRENDER OF COLLATERAL AND REQUEST FOR TERMINATION OF STAY:** The debtor has surrendered or will surrender the following property to the creditor. The debtor requests that the stays under 11 U.S.C §§ 362(a) and 1301(a) be terminated as to the surrendered collateral upon confirmation of the plan.

| | Creditor | Description of property *(including the complete legal description of real property)* |
|---|---|---|
| **None** | | |

**Part 14. LIEN AVOIDANCE:** The judicial liens or nonpossessory, nonpurchase money security interests securing the claims listed below impair exemptions to which the debtor would have been entitled under 11 U.S.C. § 522(b). If the plan has been properly served upon each of the affected creditors identified below in the manner provided for by Fed. R. Bankr. P. 7004, a judicial lien or security interest securing a claim listed below will be avoided to the extent that it impairs such exemptions upon entry of the order confirming the plan, unless otherwise ordered by the court. The amount of the judicial lien or security interest that is avoided will be treated as an unsecured claim in Part 11 or Part 12, to the extent allowed. The amount, if any, of the judicial lien or security interest that is not avoided will be paid in full as a secured claim under the Part 6 or Part 7. *See* 11 U.S.C. § 522(f) and Fed. R. Bankr. P. 3012(b) and 4003(d). *Insert additional tables for each lien.*

| **Information regarding judicial lien or security interest** | | **Calculation of lien avoidance** | | **Extent of exemption impairment (check one)** |
|---|---|---|---|---|
| Creditor: | | a. Amount of lien | | ❑ Line f is equal to or greater than line a. The entire lien is avoided. The amount of the unsecured claim is (line a): ____________. ❑ Line f is less than line a. A portion of the lien is avoided. The amount of secured claim after avoidance (line a minus line f): ____________. The amount of the unsecured claim is (line f): ____________. |
| Collateral: | | b. Amount of all other liens | | |
| Lien identification (such as judgment date, date of lien recording, book and page number) | | c. Value of claimed exemptions | | |
| | | d. Total of adding lines a, b, and c | | |

LOCAL FORM 3015-1
REVISED 09/2025

| **Information regarding judicial lien or security interest** | | **Calculation of lien avoidance** | **Extent of exemption impairment (check one)** |
|---|---|---|---|
| e. Value of debtor's interest | | | |
| f. Subtract line e from line d. | | | |

**Part 15. NONSTANDARD PROVISIONS:** The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion. Any nonstandard provisions, as defined in Fed. R. Bankr. P. 3015(c), must be in this Part. Any nonstandard provision placed elsewhere in the plan is void.

| | |
|---|---|
| 15.1 | **1305 claims**<br>Pursuant to 11 U.S.C. Section 1305, a proof of claim may be filed by the Internal Revenue Service or Minnesota Department of Revenue for taxes that become payable while the case is pending. The trustee shall only pay Section 1305 claims attributable to the taxable year in which the case concerning such debtor(s) was filed, and only to the extent funds are available. |
| 15.2 | **Post-Petition Consumer Debt**<br>Approval by the Bankruptcy Court or the Chapter 13 Trustee shall not be required prior to the debtor incurring a consumer debt while this case is pending, but the holder of the claim against the debtor based upon such debt is subject to § 1305. |
| 15.3 | **Step Up**<br>Plan payment to step up when the 401k loan is paid off. |
| 15.4 | **Surrender and Relief From Stay**<br>Upon the granting of relief from the automatic stay, the trustee shall cease payments on account of the secured portion of the applicable claim. For any claim arising from the granting of relief from the automatic stay, surrender, foreclosure, repossession, or return of any collateral to any creditor listed in Parts 4, 5, 6, 7, 8, 9, 10, 13 or Non-standard provisions, for any reason, including plan modification, the trustee shall pay such claim as a general unsecured claim upon amendment of the applicable claim. Any alleged balance of any claim to such creditor shall be discharged upon the debtor(s) receiving a discharge in this case, excluding the first-priority mortgage claim on the debtor(s) principal residence. |

**SUMMARY OF TOTAL ESTIMATED PAYMENTS:**

| Class of payment | Total payments |
|---|---|
| Payments by trustee [Part 3] | $2,191.80 |
| Maintenance of payments and cure of default, if any [Part 5] | $0.00 |
| Secured claims subject to modification (cramdown) pursuant to § 506 [Part 6] | $0.00 |
| Secured claims excluded from § 506 [Part 7] | $0.00 |
| Priority claims [Part 8] | $18,413.50 |
| Domestic support obligation claims [Part 9] | $0.00 |
| Separate classes of unsecured claims [Part 10] | $0.00 |
| Timely filed unsecured claims [Part 11] | $1,312.70 |
| TOTAL (must equal line 2.5) | $21,918.00 |

Certification regarding nonstandard provisions:
I certify that this plan contains no nonstandard provision except as placed in Part 15.

Signed: **s/ Andrew C. Walker**

Andrew C. Walker
Attorney for debtor
Bar Number: 0392525
Walker & Walker Law Offices, PLLC
4356 Nicollet Ave
Minneapolis, MN 55409
Phone: (612) 824-4357
Fax: (612) 824-8005
Email: andrew@bankruptcytruth.com

Signed: **s/ Katherine Lauri Johnson**

Katherine Lauri Johnson
Debtor 1

Signed: ______________________________

Debtor 2 (if joint case)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

In re: Johnson, Katherine
Debtor(s)

Case No. 24-32654
Chapter 13 Case

PROPOSED ORDER CONFIRMING CHAPTER 13 PLAN

It appears that the Debtor(s) filed a plan, that the plan conforms to Local Rule 3015-1(a) and Local Form 3015-1, that copies thereof were mailed to creditors, that a meeting of creditors was held, and that no objection to the confirmation of the plan as filed or as modified by an amended plan has been made, or if made, has been withdrawn or overruled by the Court.

IT IS THEREFORE ORDERED, that the plan as filed or as modified by an amended plan is confirmed.

Dated:

________________________________________

Katherine A. Constantine
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF MINNESOTA

In re: Johnson, Katherine
Debtor(s)

Case No. 24-32654

## UNSWORN CERTIFICATE OF SERVICE

I, Moira Nunez , Declare under penalty of perjury that on 07/15/2026, I mailed copies of the foregoing Notice of Confirmation Hearing and Notice Of PostConfirmation Modified Plan by first class mail, postage prepaid, or by electronic mail using ECF to each entity named below at the address stated below for each entity.

United States Trustee
1015 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Gregory Burrell
100 South 5th St. No. 480
Minneapolis, MN 55402

And creditors on the attached list

Executed on: 07/15/2026

/e/ Moira Nunez

Label Matrix for local noticing
0864-3
Case 24-32654
District of Minnesota
St Paul
Wed Apr 30 11:19:15 CDT 2025

St Paul
200 Warren E. Burger Federal Building
and U.S. Courthouse
316 N Robert St
St Paul, MN 55101-1495

623 Lofts
623 Laurel Ave
Saint Paul, MN 55104-7186

AVANT
222 W Merchandise Mart Plz Ste 900
Chicago, IL 60654-1105

Affirm
633 Foslom Street 7th Floor
San Francisco, CA 94107-3618

Albert App
440 N Barranca Ave # 3801
Covina, CA 91723-1722

American Accounts & Advisers
Po Box 250
Cottage Grove, MN 55016-0250

Aspire Credit Card
Account Services
Po Box 105555
Atlanta, GA 30348-5555

(p)LOAN SPOT DBA BLUE MOUNTAIN LOANS
PO BOX 11781
SANTA ROSA CA 95406-1781

Brandon S. Lefkowitz
29777 Telegraph Road, Suite 2440
Southfield, MI 48034-7667

(p)BRIDGE IT INC
36 W 20TH STREET
FLOOR 11
NEW YORK NY 10011-4241

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Capital One Bank (USA), N.A.
Attn: General Correspondence
Po Box 30285
Salt Lake City, UT 84130-0285

Cleo AI INC
150 W 25th St Rm 403
New York, NY 10001-7460

Comcast
9602 S 300 W Ste B
Sandy, UT 84070-3336

Credit Genie
625 W Ridge Pike Bldg D Ste 105
Conshohocken, PA 19428-3215

(p)DAVE INC
1265 S COCHRAN AVE
LOS ANGELES CA 90019-2846

(p)EARNIN
ATTN LEGAL
391 SAN ANTONIO RD 3RD FL
MOUNTAIN VIEW CA 94040-1267

(p)EMPOWER FINANCE INC
9169 W STATE ST
#499
GARDEN CITY ID 83714-1733

FEB/OPPLOANS
130 E Randolph St Ste 3400
Chicago, IL 60601-6379

FST Premier
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Fairview Health Services
PO Box 9372
Minneapolis, MN 55440-9372

First Electronic Bank
c/o Opportunity Financial, LLC
130 E. Randolph Street, Suite 3300
Chicago, IL 60601-6313

FloatMe
c/o Bond Financial Technologies
584 Castro St # 2155
San Francisco, CA 94114-2512

GRID
350 Frank H Ogawa Plz Ste 310
Oakland, CA 94612-2084

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(p)KLARNA INC
ATTN BANKRUPTCY
PO BOX 8116
COLUMBUS OH 43201-0116

Klover Holdings Inc
57 W Grand Ave Ste 500
Chicago, IL 60654-4826

LVNV Funding LLC c/o
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)FAIRVIEW HEALTH SERVICES
1700 UNIVERSITY AVE W
6TH FLOOR
SAINT PAUL MN 55104-3727

Messerli & Kramer
3033 Campus Drive Suite 250
Plymouth, MN 55441-2685

Minnesota Department of Revenue
551 Bkcy Section
Po Box 64447
Saint Paul, MN 55164-0447

Minnesota Unemployment Insurance
180 5th St E Ste 1200
Saint Paul, MN 55101-1664

MoneyLion
30 W 21st St
New York, NY 10010-6905

NETCREDIT/REPUBLIC BANK
175 W Jackson Blvd Ste 1000
Chicago, IL 60604-2863

NORDSTROM/TD BANK
Po Box 6555
Englewood, CO 80155-6555

Nelnet Education
General Correspondence
Po Box 82561
Lincoln, NE 68501-2561

NetCredit
175 W Jackson Blvd., Ste 600
Chicago, IL 60604-2948

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Loan Solutions
PO Box 447
Keshena, WI 54135-0447

Progressive Insurance
6300 Wilson Mills Rd
Cleveland, OH 44143-2182

Quest Legal Group
3911 Cleveland Ave 33748
Carlsbad, CA 92013

(p)RIVERVIEW LAW OFFICE PLLC
225 NORTH BENTON DRIVE SUITE 209
P O BOX 570
SAUK RAPIDS MN 56379-0570

State of Minnesota Department of Revenue
PO Box 64447 - BKY
St. Paul, MN 55164-0447

(p)SUMMIT ORTHOPEDICS
710 COMMERCE DRIVE STE 200
WOODBURY MN 55125-4925

The Bureaus
650 Dundee Rd Ste 370
Northbrook, IL 60062-2757

Toyota Motor Credit
6565 Headquarters Dr.
Plano, TX 75024-5965

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

US Department of Education c/o Nelnet
121 S 13TH ST
Lincoln, NE 68508-1904

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415-3070

USCB America
355 S Grand Ave Ste 3200
Los Angeles, CA 90071-1591

United States Trustee
300 S 4th St Ste 1015
Minneapolis, MN 55415-3070

WEBBANK/AVANT
222 Merchandise Mart Plz Ste 900
Chicago, IL 60654-1105

Walker & Walker Law Offices, PLLC
4356 Nicollet Ave
Minneapolis, MN 55409-2033

Waypoint Resource Group
1065 W Levoy Dr
Salt Lake Cty, UT 84123-2979

Andrew C. Walker
Walker & Walker Law Offices PLLC
4356 Nicollet Ave S
Minneapolis, MN 55409-2033

Gregory A Burrell
100 South Fifth Street
Suite 480
Minneapolis, MN 55402-1250

Katherine Lauri Johnson
623 Laurel Ave Apt. 3E
Saint Paul, MN 55104-7183

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Blue Mountain Loans
dba Loan Spot
Attn: Bankruptcy
Po Box 11781
Santa Rosa, CA 95406-1781

Brigit
36w W 20th St Fl 11
New York, NY 10011

Caine & Weiner
PO Box 55848
Sherman Oaks, CA 91413-0848

Dave Inc
1265 S Cochran Ave
Los Angeles, CA 90019-2846

Earnin
200 Portage Ave
Palo Alto, CA 94306-2242

Empower
660 York St Ste 102
San Francisco, CA 94110-2102

Jefferson Capital Systems
Attn: Bankruptcy
PO Box 7999
Saint Cloud, MN 56302-9617

(d)Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Klarna
629 N High St Fl 300
Columbus, OH 43215-2929

M Health Fairview
1700 University Ave W
Saint Paul, MN 55104-3727

Portfolio Recovery Associates LLC
PO Box 12914
Norfolk, VA 23541

Riverview Law Office PLLC
Ste 209
225 N. Benton DR
PO Box 570
Sauk Rapids, MN 56379

Summit Orthopedics
710 Commerce Drive Suite 200
Woodbury, MN 55125

End of Label Matrix
Mailable recipients 58
Bypassed recipients 0
Total 58